UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CV-00015-FDW-DCK

| | |
|---|---|
| MARK RAY MARTIN PARROTT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN CHICKILLO, and, )<br>NETWORKS, LLC, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On August 25, 2014, the Court was notified in a letter from Mediator Carl Horn, III that this case settled. Accordingly, the Court ORDERS the parties file an agreement for entry of judgment or a stipulation of dismissal within thirty (30) days, or the Court will dismiss the case without prejudice.

IT IS SO ORDERED.

Signed: September 2, 2014

Frank D. Whitney
Chief United States District Judge